**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**GEORGE ANDERSON**                                                          **MOVANT**

**v.**                                                          **No. 3:18CV154-MPM-DAS**

**UNITED STATES OF AMERICA**                                                          **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition

for a writ of *habeas corpus* under 28 U.S.C. § 2241 is **DISMISSED** as moot.

**SO ORDERED**, this, the 2nd day of April, 2020.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI